UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Criminal No. 7:10-CR-78-1BO
Civil No. 7:16-CV-156-BO

THADDEUS MAURICE HICKMAN,         )
                                  )
            Petitioner,           )
                                  )
v.                                )     ORDER
                                  )
UNITED STATES OF AMERICA,         )
                                  )
            Respondent.           )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 20 day of June, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE